

36 W. MAIN STREET, SUITE 500  ·  ROCHESTER, NEW YORK 14614  ·  585.568.2224  ·  LAWROC.COM

**VIA CM/ECF**

Hon. William K. Sessions III
P.O. Box 928
Burlington, VT 05402-0928

September 11, 2018

Re:   *Magno v. Republic Bank and Trust Company et al.*,
      Civil Action No. 6:18-cv-522

Dear Judge Sessions:

I respectfully request that you permit me to attend the September 24, 2018 scheduling conference in the above-referenced matter via telephone. The conference is being held in Buffalo, and my office is in Rochester, which would require approximately three hours of travel by car. Thank you in advance for your consideration.

Very Truly Yours,

Alexander J. Douglas
Douglas Firm, P.C.

